No. 94. JOHN SIMON *v.* AMERICAN EXCHANGE NATIONAL BANK ET AL. Appeal from the Circuit Court of Appeals for the Second Circuit. Argued December 7, 1922. Decided December 11, 1922. *Per Curiam.* Affirmed upon the authority of *Central Union Trust Co.* v.

*Garvan,* .254 U. S. 554; *Stoehr* v. *Wallace,* 255 U. S. 239. *Mr. Henry A. Wise* for appellant. *Mr. James A. Fowler,* with whom *Mr. Solicitor General Beck, Mr. Assistant to the Attorney General Seymour, Mr. Guy D. Goff, Mr. Adna R. Johnson, Jr.,* and *Mr. Dean Hill Stanley,* Special Assistants to the Attorney General, were on the brief, for appellees. ..